UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| YECHIEL BROMBERG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ROWAN COMPANIES PLC, WILLIAM E. ALBRECHT, THOMAS P. BURKE, THOMAS R. HIX, JACK B. MOORE, SUZANNE P. NIMOCKS, THIERRY PILENKO, JOHN J. QUICKE, TORE I. SANDVOLD, and CHARLES L. SZEWS,<br><br>Defendants. | § § § § § § § § § § § § § § § §   Civil Action No. 4:18-cv-4284 |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses its individual claims with prejudice and the claims of the putative class without prejudice/

DATED: February 11, 2019.

Respectfully submitted,

*/s/ Thomas E. Bilek*
Thomas E. Bilek
TX Bar No. 02313525 / SDTX Bar No. 9338
**THE BILEK LAW FIRM, L.L.P.**
700 Louisiana, Suite 3950
Houston, TX 77002
(713) 227-7720

*Attorneys for Plaintiff*

**OF COUNSEL:**

Aaron L. Brody (*Pro Hac Vice* motion forthcoming)
Michael J. Klein (*Pro Hac Vice* motion forthcoming)
**STULL, STULL & BRODY**
6 East 45th Street
New York, NY  10017
Tel:     (212) 687-7230
Fax:    (212) 490-2022
Email:  abrody@ssbny.com
            mklein@ssbny.com

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed via the District CM/ECF system on February 11, 2019, which caused an electronic copy of same to be served automatically upon all counsel of record.

*/s/ Thomas E. Bilek*
Thomas E. Bilek