United States District Court
Southern District of Texas
**ENTERED**
February 12, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| YECHIEL BROMBERG, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-18-4284 |
| | § | |
| ROWAN COMPANIES, PLC, | § | |
| WILLIAM E. ALBRECHT, THOMAS | § | |
| P. BURKE, THOMAS R. HIX, | § | |
| JACK B. MOORE, SUZANNE P. | § | |
| NIMOCKS, THIERRY PILENKO, | § | |
| JOHN J. QUICKE, TORE I. | § | |
| SANDVOLD and CHARLES L. SZEWS, | § | |
| | § | |
| Defendants. | § | |

ORDER OF DISMISSAL

The Court is in receipt of Plaintiff's Notice of Voluntary Dismissal, pursuant to Rule 41(a)(1)(A)(i). Accordingly, it is

ORDERED that the individual claims in this matter are DISMISSED with prejudice and the putative class claims are DISMISSED without prejudice, with each party to bear its own costs.

The Clerk will enter this Order and notify all parties.

SIGNED at Houston, Texas, on February 12, 2019.

Ewing Werlein, Jr.
United States District Judge